OF THE STATE OF NEW YORK V. BERNARD E. MOORE. (T) THE PEOPLE OF THE STATE OF NEW YORK V. ANTHONY SPADARO. (U) THE PEOPLE OF THE STATE OF NEW YORK V. SAM GORDON. (V) THE PEOPLE OF THE STATE OF NEW YORK V. MAX RANDELL, Alias JOSEPH MILLER. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (W) THE PEOPLE OF THE STATE OF NEW YORK V. JULIUS WEIR. (X) THE PEOPLE OF THE STATE OF NEW YORK V. JAMES DUCK. (Y) THE PEOPLE OF THE STATE OF NEW YORK V. EUGENE GARNER. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (Z) THE PEOPLE OF THE STATE OF NEW YORK V. RAVNELL BLAKE. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.— [In each action] Motion to dismiss appeal granted.

■ LAZARUS V. LAZARUS.— Motion to dispense with printing denied. (See Family Court Act, § 1016.) Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ BEATRICE W. SCHULTZ V. ROBERT MARLIN et al.— Motion to dispense with printing denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. IRVING PEREZ.— Motion for reargument denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. LEE THOMAS YOUNG.— Motion for reargument denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ROBERT COSTELLO et al., Infants, by Their Guardian ad Litem, STEVE COSTELLO, et al., v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ FAR HILLS THEATRE, INC., v. EVELYN LAMBERT et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ SAMUEL STERNER V. WARSCHAUER HAYM SALOMON HOME FOR THE AGED.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. CARMINE BOSCO.— Motion to reinstate appeal denied in all respects. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ JOHN H. FAULK V. AWARE, INC., et al.— Motion to modify order of this court denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH CELANTANO.— Motion to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of TOPS EMPLOYMENT AGENCY, INC., v. BERNARD J. O'CONNELL.— Motion to dismiss proceeding granted, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. EDWARD GILLHARD.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.